HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN # 90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
DANIEL S. SEAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL S. SEAY<br><br>Defendant. | Case No. 6:25-mj-00009-HBK<br><br>**STIPULATION TO VACATE TRIAL AND REQUEST TO SET REMOTE CHANGE OF PLEA AND SENTENCING HEARING; ORDER**<br><br>(Doc. 15)<br><br>Date:   February 2, 2026<br>Time:   10:00 a.m.<br>Judge:  Hon. Helena Barch-Kuchta |

The parties, through their respective counsel, Briana Vollmer, Law Enforcement Specialist, counsel for the government, and Lisa N. Lumeya, Assistant Federal Defender, counsel for Mr. Daniel Seay, hereby stipulate and request that this Court vacate the bench trial scheduled for February 2, 2026, and set a change of plea and sentencing hearing on February 3, 2026, should Mr. Seay be permitted to appear remotely.

On November 17, 2025, this Court granted the motion to continue Mr. Seay's bench trial to February 2, 2026.  ECF No. 14.  In the interim, the parties have reached a resolution, the signed plea agreement to be filed under separate cover.  In light of the joint recommendation and request to set a change of plea and sentencing hearing, Mr. Seay respectfully requests a remote appearance.  The government does not object.  Accordingly, the parties stipulate and request that Mr. Seay's bench trial be vacated and that a change of plea and sentencing hearing be scheduled for February 3, 2026, should this Court be inclined to allow a remote appearance.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: January 16, 2026

*/s/ Briana M. Vollmer*
BRIANA M. VOLLMER
Supervisory Ranger (Rule 180)
Law Enforcement Specialist

Date: January 16, 2026

*/s/ Lisa Ndembu Lumeya*
Lisa N. Lumeya
Assistant Federal Defender
Attorney for Defendant
Daniel S. Seay

**O R D E R**

For good cause shown, the Court GRANTS (Doc. 15) the parties' stipulated motion to vacate Mr. Seay's bench trial scheduled on February 2, 2026, at 10:00 a.m.  To permit the Clerk to make the necessary arrangements for Defendant's remote appearance from a federal court, the Court sets this case for a change of plea and sentencing for **March 10, 2026 at 10:00 A.M.**

**IT IS SO ORDERED.**

Dated:   January 28, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Seay – Stipulation to Vacate Trial and Set Requested Remote        -2-
Change of Plea and Sentencing Hearing